219 So.2d 512

**WHITEHALL OIL COMPANY, Inc.**

v.

**Mrs. Marie Celeste DeLaureal BOAGNI et al. and Mrs. Alice B. Heard et al.**

No. 49657.

March 13, 1969.

In re: Mrs. Marie Celeste DeLaureal Boagni et al., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 217 So.2d 707; 217 So.2d 716.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

219 So.2d 512

**Mabel M. REYMOND**

v.

**STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS et al.**

No. 49708.

March 13, 1969.

In re: State of Louisiana, through the Department of Highways applying for cer-tiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 217 So.2d 488..

It is ordered that the writ of review is-sue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be noti-fied.

Writ granted as to issues between plain-tiff and State of Louisiana, Dept. of High-ways.